**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:92-CR-238**
**(Related Case No. 3:15-CV-311)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| | ) | |
| **KAREEM ABDUL TOMLIN,** | ) | |
| | ) | |
| ***Defendant.*** | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's Motion to Place Documents Under Seal and to Redact Documents (Document No. 56) filed December 2, 2019. The government consents to the relief requested in Defendant's Motion.

In accordance with the Local Rules, the Court has considered the Motion, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that the documents that Defendant seeks to have sealed contain sensitive and private information that is inappropriate for public access and that it is appropriate to seal those documents. The Court further finds that Defendant has submitted redacted versions of those documents and that the redacted versions of those documents should be filed. Having carefully considered the motion and the record, and for good cause, the undersigned will grant Defendant's motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Place Documents Under Seal and to Redact Documents (Document No. 56) is **GRANTED**, and the Court **ORDERS** the following:

1. In case number 3:92-CR-238, document numbers 3-3, 3-4, and 41 are sealed until further Order of this Court;

2. In case number 3:15-CV-311, document number 1 is sealed until further Order of this Court; and

3. The redacted versions of the foregoing documents submitted by Defendant as attachments to his Memorandum in Support of Motion to Seal (Document No. 57) shall be filed.

Frank D. Whitney
Chief United States District Judge

Signed: December 20, 2019

SEALED DOCUMENT with access to Specified Parties/Defendants.