UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:92Cr238-FDW

UNITED STATES OF AMERICA, )
                Plaintiff, )
                            ) ORDER
v. )
KAREEM ABDUL TOMLIN, )
                Defendant. )

FILED
CHARLOTTE, NC
OCT - 6 2021
US DISTRICT COURT
WESTERN DISTRICT OF NC

## ORDER ON MOTION FOR RECONSIDERATION OF COURT'S DENIAL OF DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

On June 1, 2021, DEFENDANT KAREEM ABDUL TOMLIN moved the Court for early termination of supervised release. Doc. No. 59. The Court denied the motion without prejudice, noting that the Defendant did not inform the Court of the position of both the United States Probation Office and the United State Attorney's Office as to DEFENDANT's motion. Doc. No. 62. DEFENDANT subsequently filed the instant MOTION FOR RECONSIDERATION, noting that the United States Attorney's Office opposed early termination and that the United States Probation does not consent to early termination before Defendant has served at least one half of his term of supervision.

Based on the instant MOTION FOR RECONSIDERATION, the Court directly contacted Senior United States Probation Officer Corey Campbell to learn the Probation Office's opinion as to whether DEFENDANT was a suitable candidate for early termination, regardless of the Office's policy that a DEFENDANT serve one half of his term. In the attached memo, Officer Corey told the Court that "we are not in favor of early termination at this time." Attachment No.

1. Officer Corey noted that while "Mr. Tomlin is well on his way to long-term change. . . and continues to remain in full compliance with the conditions of supervision, . . . [he] intends to recommend [Defendant's] case for early termination to my superiors." Id. But, at this time, Officer Corey believes continued supervision is appropriate and useful for the Defendant.

THEREFORE, DEFENDANT's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE